## THOMPSON v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 27, September Term, 1962.]

*Decided October 10, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the opinion of Judge Loveless of the Circuit Court for Prince George's County, application is denied.